IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

CHRISTOPHER RODRIGUEZ            CASE NO.     8:16-bk-05464-KRM
LATISHA E. RODRIGUEZ

                                                           CHAPTER    7

       Debtors.
_____/

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THIS MOTION, OBJECTION OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS PAPER PLUS AN ADDITIONAL THREE DAYS FOR SERVICE. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE COURT AT THE UNITED STATES BANKRUPTCY COURT, 801 N. FLORIDA AVENUE, SUITE 555, TAMPA, FLORIDA, 33602, AND SERVE A COPY ON THE MOVANT'S ATTORNEY, BUCKLEY MADOLE, P.C., P. O. BOX 22408, TAMPA, FLORIDA, 33622.**

**IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT MAY SCHEDULE A HEARING AND YOU WILL BE NOTIFIED, OR THE COURT MAY CONSIDER THE OBJECTION AND MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, its successors and/or assigns ("Movant"), by and through its undersigned attorney, moves the Court for relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1) and states:

1. On January 11, 2008, Christopher Rodriguez executed and delivered a promissory note in favor of CitiMortgage, Inc. That same day Christopher and Latisha Rodriguez executed and delivered a mortgage securing payment of said note.

2. Movant, directly or through an agent, holds the promissory note and has the right to enforce and foreclose its lien. A copy of the promissory note, mortgage and assignment of mortgage is attached hereto and incorporated herein as Composite Exhibit "A."

3. Specialized Loan Servicing LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

4. The mortgage secures real property located in in Sullivan County, New York at 20 York Ave, Monticello, New York 12701 ("Collateral"). A copy of the legal description is attached hereto and is incorporated herein as Composite Exhibit "A."

5. Debtors are in default. The contractual due date is February 1, 2015. As of August 19, 2016, the unpaid principal balance is $130,208.49, and according to the Debtors' Statement of Intention, Debtors indicate an intent to surrender the Collateral.

6. The Collateral is not listed as exempt on Schedule C.

7. According to the Debtors' Schedules, the value of the Collateral is $89,000.00.

8. The address for post-petition payments is Specialized Loan Servicing LLC, PO Box 636007, Littleton, Colorado, 80163.

9. If Movant is not permitted to enforce its security interest in the Collateral, it will suffer irreparable injury, loss, and damage.

**WHEREFORE**, Movant, respectfully requests that the Court enter an order:

a. terminating the automatic stay;

b. permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the Collateral described herein;

c. allowing Movant to gain possession of the Collateral; and

d. granting such other relief that the Court may deem just and proper.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by CM/ECF notice and regular mail to the parties below this 22nd day of August, 2016.

**BUCKLEY MADOLE, P.C.**

*/s/ Austin M. Noel*
Austin M. Noel, Esquire
Florida Bar Number 106539
Buckley Madole, P.C.
P.O. Box 22408
Tampa, FL 33622
Telephone/Fax: 813-774-6221
bkfl@buckleymadole.com

**VIA REGULAR MAIL**
Christopher Rodriguez
Latisha E. Rodriguez
8949 Sheppard Drive
Lake Wales, FL 33898-7281

**VIA CM/ECF NOTICE**
Walter F. Benenati
Walter F Benenati Credit Attorney PA
2702 E Robinson St
Orlando, FL 32803-5800

**Chapter 7 Trustee**
Larry S. Hyman
PO Box 18625
Tampa, Florida 33679