ORDERED.

Dated:  September 21, 2016

K. Rodney May
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| CHRISTOPHER RODRIGUEZ<br>LATISHA E. RODRIGUEZ<br><br>    Debtors.<br>_____/ | CASE NO.    8:16-bk-05464-KRM<br><br>CHAPTER    7 |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**THIS CASE** came on for consideration without a hearing on the Motion for Relief from the Automatic Stay filed by FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, its successors and/or assigns (the "Movant") (Doc. No. 8), pursuant to the negative notice provisions of Local Rule 2002-4.  Having considered the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, the Court deems the Motion to be uncontested. Accordingly, it is

**ORDERED:**

1. The Motion for Relief from the Automatic Stay is granted.

2. The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

**LEGAL DESCRIPTION ATTACHED**

**20 York Ave, Monticello, New York 12701**

3. The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

Attorney Austin M. Noel is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

| | |
|---|---|
| All County Title/Escrow | Town of Thompson |
| Title # 07-ACA-7448 | SBL 115-3-3 |

## Schedule A Description

**ALL THAT PIECE OR PARCEL OF LAND**, together with the buildings and improvements thereon, situate in the Village of Monticello, County of Sullivan and State of New York and being part of the premises owned by Thomas Mongan at the time of his death and bounded and described as follows:

**BEGINNING** at the westerly bounds of York Avenue at a concrete marker which is the southeasterly corner of lands now or formerly of Middleditch and running thence north 79° 38' west 181.58 feet along the lands of now or formerly of Middleditch to the easterly side of Park Avenue; thence north 12° 31' East along the easterly bounds of Park Avenue 74.8 feet to the southwesterly corner of the lands formerly of Burke; thence south 79° 39' east 70 feet to a stake; thence south 12° 31' west 5 feet to a stake; thence south 79° 39' East 103 and 4/10ths feet along the lands of Lashinsky to the westerly bounds of York Avenue; thence south 5° 32' West 70 feet to the point or place of beginning containing more or less land.

Being more particularly described by a recent survey dated January 9, 2008 made by Anthony Siciliano, L.S., as follows:

All County Title/Escrow  
Title # 07-ACA-7448

Town of Thompson  
SBL 115-3-3

## Schedule A Description (continued)

**0.293 Acre Parcel, Goldfarb to Rodriguez**

ALL that tract or parcel of land situate in the Village of Monticello, Town of Thompson, County of Sullivan and State of New York, intended to be the same premises described as Parcel Three in a deed from Kenneth Goldfarb to Barbara M. Goldfarb, dated December 19, 1978, recorded in the Sullivan County Clerk's Office in Deed Liber 918 at Page 271, more particularly bound and described as follows:

BEGINNING at an iron bolt found below grade in a gravel driveway on the approximate southeasterly bounds of Park Avenue on the southwesterly bounds of lands described in a deed to Michael E. Brennan recorded in Land Records Liber 2241 at Page 21, said iron bolt found being the following two courses and distances from an iron pipe found below grade at the northeasterly corner of lands described in a deed to Zhaniizha Khanii and Dakkhanon Kevii recorded in Deed Liber 1262 at Page 112:
(1) North 65 degrees 02 minutes 28 seconds West 95.00 feet, as measured along the northeasterly bounds of said lands of Khanii and Kevii, to a point on the approximate southeasterly bounds of said Park Avenue at the northwesterly corner of said lands of Khanii and Kevii, and
(2) North 27 degrees 17 minutes 22 seconds East 149.80 feet, as measured along the approximate southeasterly bounds of said Park Avenue,

and running thence from said point of beginning along the southwesterly bounds of said lands of Brennan, South 65 degrees 47 minutes 46 seconds East 70.00 feet to a point at the most southerly corner of said lands of Brennan on the northwesterly bounds of lands described in a deed to Marleny Samudio and Yadira Obando recorded in Land Records Liber 3245 at Page 217;

thence running along the northwesterly bounds of said lands of Samudio and Obando, South 26 degrees 22 minutes 14 seconds West 5.00 feet to a ¾-inch diameter iron rod set at the most westerly corner of said lands of Samudio and Obando;

thence running along the southwesterly bounds of said lands of Samudio and Obando, South 65 degrees 47 minutes 46 seconds East 103.40 feet to a railroad spike set flush with the ground on the approximate westerly bounds of York Avenue at the most southerly corner of said lands of Samudio and Obando;

thence running along the approximate westerly bounds of said York Avenue, South 19 degrees 23 minutes 14 seconds West 70.00 feet to a ¾-inch diameter iron rod set on the approximate westerly bounds of said York Avenue at the northeasterly corner of lands described in a deed to Addington Williams recorded in Land Records Liber 2734 at Page 599;

thence running along the northeasterly bounds of said lands of Williams, North 65 degrees 46 minutes 41 seconds West 183.12 feet to a ¾-inch diameter iron rod set on the approximate southeasterly bounds of said Park Avenue at the most northerly corner of said lands of Williams;

thence running along the approximate southeasterly bounds of said Park Avenue, North 27 degrees 17 minutes 22 seconds East 74.80 feet to the point of beginning, containing 0.293 acre of land.

SUBJECT to highway use/dedication of record and all easements of record.  
BEARINGS are as the magnetic needle pointed in December of 2007.  
PREPARED by Anthony F. Siciliano, Licensed Land Surveyor, on January 9, 2008.

