**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In re:

CHRISTOPHER  RODRIGUEZ                    CASE NO.       8:16-bk-05464-KRM
LATISHA E. RODRIGUEZ

                                          CHAPTER       7

                  Debtors.
_____/

**PROOF OF SERVICE**

        I certify that a true and correct copy of the Order Granting Motion for Relief from

Automatic Stay [Doc. No. 11] was served by CM/ECF notice and regular mail to the parties below

this 22nd day of September, 2016.


                                          **BUCKLEY MADOLE, P.C.**

                                          */s/ Austin M. Noel*
                                          Austin M. Noel, Esquire
                                          Florida Bar Number 106539
                                          Buckley Madole, P.C.
                                          P.O. Box 22408
                                          Tampa, FL 33622
                                          Telephone/Fax: 813-774-6221
                                          bkfl@buckleymadole.com

**VIA REGULAR MAIL**
Christopher Rodriguez
Latisha E. Rodriguez
8949 Sheppard Drive
Lake Wales, FL 33898-7281

**VIA CM/ECF NOTICE**
Walter F. Benenati
Walter F Benenati Credit Attorney PA
2702 E Robinson St
Orlando, FL 32803-5800

**Chapter 7 Trustee**
Larry S. Hyman
PO Box 18625
Tampa, Florida 33679

CrtCOSXPFLBAll