# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 16-05464 | RCT | Judge: | Roberta A. Colton | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | CHRISTOPHER RODRIGUEZ | | | | Date Filed (f) or Converted (c): | 06/24/2016 (f) |
| | LATISHA E RODRIGUEZ | | | | 341(a) Meeting Date: | 07/26/2016 |
| For Period Ending: | 03/31/2018 | | | | Claims Bar Date: | 01/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 20 YORK AVE. MONTICELLO NY 12701-0000 SULLIVAN | 89,000.00 | 89,000.00 | | 0.00 | FA |
| 2. 2011 HONDA ACCORD MILEAGE: 76,000 VIN# 1HGCP2F36BA044878 | 8,625.00 | 8,625.00 | | 0.00 | FA |
| 3. 2005 YAMAHA RZFR1 MILEAGE: 6000 VIN# JYARN13E05A011017 | 3,545.00 | 3,545.00 | | 0.00 | FA |
| 4. 2013 FORD TAURUS MILEAGE: 93,000 VIN# 1FAHP2D9XDG148856 | 9,175.00 | 9,175.00 | | 0.00 | FA |
| 5. 2007 BMW 3 MILEAGE: 88,000 VIN# WBAVC93597K030411 | 7,425.00 | 7,425.00 | | 0.00 | FA |
| 6. SMALL APPLIANCES, KITCHENWARE LIVING ROOM - 2 COUCHES, RECLI | 600.00 | 0.00 | | 0.00 | FA |
| 7. 4 TVS, GAMING SYSTEM, DESKTOP, 6 CELL PHONES | 400.00 | 0.00 | | 0.00 | FA |
| 8. CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 9. WEDDING RINGS, MISC JEWELRY | 100.00 | 0.00 | | 0.00 | FFA |
| 10. 2 DOGS | 0.00 | 0.00 | | 0.00 | FFA |
| 11. BANK OF AMERICA 9720 | 96.13 | 0.00 | | 0.00 | FA |
| 12. WELLS FARGO 4303 | 50.00 | 0.00 | | 0.00 | FFA |
| 13. WELLS FARGO 9364 | 1,321.84 | 0.00 | | 0.00 | FFA |
| 14. CATCHING REC ENTERTAINMENT, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 15. OLDCASTLE | 600.51 | 0.00 | | 0.00 | FA |
| 16. WELLS FARGO RETIREMENT | 1,644.61 | 0.00 | | 0.00 | FFA |
| 17. PROGRESS RESIDENTIAL | 1,875.00 | 0.00 | | 0.00 | FA |
| 18. 2016 ESTIMATED TAX REFUND | 6,000.00 | 0.00 | | 0.00 | FA |
| 19. FDCA Five Star Bank 8:17-ap-00063-KRM (u)  3/23/18 T Lash wrote "We are currently drafting Final Judgment documents for this case." | Unknown | 1,000.00 | | 0.00 | 1,000.00 |

|  |  |  | Gross Value of Remaining Assets |  |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $130,558.09 | $118,770.00 | $0.00 | $1,000.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

received case assessment from TL office on FDCA matter - Pam Reynolds 8/31/2016

Filed application to employ TL 10/13/2016 - Pam Reynolds 10/13/2016

1/25/17  Complaint by Larry Hyman against Five Star Bank

4/27/17 re:   Amended Complaint against Great American Insurance Company

7/31/17  ,  Five Star Bank dismissed

2/14/18 Clerk's Entry of Default Against Great American Insurance Company

2/20/18 Pretrial conference concluded

3/21/18  Email to Lash re: status of default collection against Great American Insurance Company

4/20/18  Order Granting Motion For Default Judgment against defendant Great American Insurance Company

Initial Projected Date of Final Report (TFR): 11/30/2017      Current Projected Date of Final Report (TFR): 11/30/2018

Trustee Signature:      /s/ Larry S. Hyman, Chapter 7 Trustee       Date: 04/27/2018

Larry S. Hyman, Chapter 7 Trustee
P.O. Box 18625
Tampa, FL 33679
(813) 875-2701

Page: 1
Case 8:16-bk-05464-RCT  Doc 27  Filed 04/27/18  Page 3 of 4

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-05464
Case Name: CHRISTOPHER RODRIGUEZ
LATISHA E RODRIGUEZ

Trustee Name: Larry S. Hyman, Chapter 7 Trustee
Bank Name:
Account Number/CD#:

Taxpayer ID No:
For Period Ending: 03/31/2018

Blanket Bond (per case limit): $3,802,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:   /s/ Larry S. Hyman, Chapter 7 Trustee   Date: 04/27/2018

Larry S. Hyman, Chapter 7 Trustee
P.O. Box 18625
Tampa, FL 33679
(813) 875-2701

Page Subtotals:   $0.00   $0.00