UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

CHRISTOPHER RODRIGUEZ
and LATISHA E. RODRIGUEZ,

BANKRUPTCY
CASE NO.: 8:16-bk-05464-RCT

Debtors.

CHAPTER 7

_____/

MOTION OF LARRY S. HYMAN AS CHAPTER 7 TRUSTEE OF THE ESTATE
OF CHRISTOPHER RODRIGUEZ AND LATISHA E. RODRIGUEZ
FOR ORDER APPROVING COMPROMISE AND SETTLEMENT
OF CONTROVERSY AS TO CHRISTOPHER RODRIGUEZ
AND LATISHA E. RODRIGUEZ REGARDING GREAT AMERICAN
INSURANCE COMPANY, (ADVERSARY PROCEEDING 8:17-ap-00063-RCT)

> NOTICE OF OPPORTUNITY TO
> OBJECT AND REQUEST FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Ave., Suite 555, Tampa, Florida 33602, and serve a copy on the movant's attorney, Thomas A. Lash, Esq., Lash Wilcox & Grace PL, 4950 W. Kennedy Blvd., Suite 320, Tampa, FL 33609, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW Plaintiff Larry S. Hyman ("Trustee"), as Chapter 7 Trustee of the bankruptcy estate of Christopher Rodriguez and Latisha E. Rodriguez (collectively "Rodriguez") by and through the undersigned law firm, pursuant to F.R.B.P. 9019 and moves this Honorable

Court for entry of an order approving compromise and settlement of the controversies between Trustee and Adversary Proceeding 8:17-ap-00063-RCT Defendant, Great American Insurance Company ("Defendant"), and in support of the relief requested states:

1. On June 24, 2016, Rodriguez filed a petition for relief under Chapter 7 of Title 11, of the United States Code and Trustee was appointed by this Court. This Chapter 7 is currently pending before this Court.

2. On April 27, 2017, Trustee filed an amended Complaint for Unlawful Debt Collection Practices commencing Adversary Proceeding No.: 8:17-ap-00063-RCT in the United States Bankruptcy Court for the Middle District of Florida (collectively the "Adversary Proceedings"), against the Defendant.

3. The issues to be resolved in the Adversary Proceedings create uncertainty as to the outcome at the trial on the merits. When coupled with the complexities of the litigation, and the expense, inconvenience and delay associated with continued litigation, it is fair and equitable and in the Trustee's and Defendant's best interests to settle these matters.

4. Further, it appears the sums to be received in settlement of these Adversary Proceedings exceeds the amounts that Trustee and its creditors would be able to obtain, net of collection costs, in the event a judgment was obtained against Defendant as the result of a favorable outcome at final evidentiary hearings.

5. Therefore, Trustee and Defendant have reached an agreement to compromise and settle all disputes between them as to the matters alleged in the Adversary Proceedings or otherwise existing. The Settlement Agreement is available for inspection at the offices of counsel for Trustee; Lash Wilcox & Grace PL, and copies may be obtained by written request during the response and objection period.

## THE SETTLEMENT AGREEMENT

6. Trustee requests that this Court approve the Compromise and Settlement set forth in the Settlement Agreement.

7. The principle terms of the Settlement Agreement are that Defendant shall pay to Trustee the total sum of Three Thousand Nine Hundred Fifty and 00/100 Dollars ($3,950.00) paid in one installment (the "Settlement Funds"). As provided for by 15 U.S.C. § 1692 and Fla. Stat § 559.77(2), Plaintiff's attorneys' fees will be paid from the Defendant provided Settlement Funds of $3,950.00, with One Thousand Five Hundred and 00/100 Dollars ($1,500.00) to the estate and Two Thousand Four Hundred Fifty and 00/100 Dollars ($2,450.00) for attorneys' fees and costs. Approval of the Court will first be obtained.

8. The terms of the Settlement Agreement also include that with payment of the Settlement Funds made by Defendant and this court's order granting this Motion, each party to the Adversary Proceeding: (1) releases the other from all claims in or related to the Adversary Proceeding; (2) agrees that each party shall bear its own fees and costs with the exception of Plaintiff's fees paid by Defendant from the Settlement Funds set forth herein; (3) agrees that all settlement communications, settlement negotiations, settlement terms, settlement amount, and all communications and writings shared between the parties are confidential unless they are: (a) already part of the public record; (b) necessary for Court approval of the Settlement Agreement and all matters relating to the settlement, or (c) required for any tax issue associated with the settlement.

9. With payment of the Settlement Funds by Defendant made as provided in the Settlement Agreement, the Adversary Proceedings will be dismissed with prejudice as to the Defendant, releases will be exchanged, and each party will agree to pay their own attorneys' fees

and costs, with the exception of Plaintiff's fees paid by Defendant from the Settlement Funds set forth above, as required by statute and set forth below.

10. The Settlement Agreement is contingent on approval by this Court.

WHEREFORE, Trustee respectfully requests that this Court enter an Order: (i) granting the Motion in its entirety as to Trustee and Defendant, and finding that Trustee provided good and sufficient notice of this motion; (ii) finding that the Settlement Agreement is fair and equitable and in the best interest of Trustee and the creditor; (iii) approving the Settlement Agreement; (iv) authorizing Trustee to enter into the Settlement Agreement in order to compromise and settle the claims and controversies as outlined herein; (v) cancelling any scheduled pretrial conference, hearing, or trial in the related adversary proceeding; and (vi) granting such other and further relief as this Court deems necessary or appropriate.

Dated: July 10, 2019

                                                                  Respectfully submitted,

                                                                   **LASH WILCOX & GRACE PL**
                                                                   4950 W. Kennedy Blvd., Suite 320
                                                                   Tampa, FL 33609
                                                                   Telephone: 813.289.3200
                                                                   Facsimile: 813.289.3250

                                                                   /s/ Thomas A. Lash
                                                                  **THOMAS A. LASH, ESQ.**
                                                                  Florida Bar No.: 849944
                                                                  e-mail: tlash@lashandwilcox.com
                                                                  Attorney for the Trustee

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 10, 2019, I presented the foregoing *Motion of Larry S. Hyman, as Chapter 7 Trustee of the Estate of Christopher Rodriguez and Latisha E. Rodriguez for Order Approving Compromise and Settlement of Controversy as to Christopher Rodriguez and Latisha E. Rodriguez Regarding Great American Insurance Company (Adversary Proceeding 8:17-ap-00063-KRM)* to the Clerk of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, and uploading in the CM/ECF system. I further certify that a true and correct copy of the foregoing document has been served this 10 day of July 10, 2019 to: U.S. Trustee, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; Larry S. Hyman, PO Box 18625, Tampa, FL 33679; Christopher Rodriguez and Latisha E. Rodriguez, 8949 Sheppard Drive, Lake Wales, FL 33859; Walter F. Benenati, Esq., Walter F Benenati, Credit Attorney PA, 2702 E Robinson Street, Orlando, FL 32803; Great American Insurance Company, an Ohio corporation c/o Chief Financial Officer RA 200 E Gaines St Tallahssee, FL 32399 and c/o Ruel William Smith, Esq., Hinshaw & Culbertson LLP, 100 S Ashley Dr Ste 500, Tampa, FL 33602; and all creditors on the matrix attached hereto.

/s/ Thomas A. Lash
Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:16-bk-05464-RCT<br>Middle District of Florida<br>Tampa<br>Wed Jul 10 11:58:15 EDT 2019 | Christopher Rodriguez<br>8949 Sheppard Drive<br>Lake Wales, FL 33898-7281 | Latisha E Rodriguez<br>8949 Sheppard Drive<br>Lake Wales, FL 33898-7281 |
| American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899-8803 | Best Buy Credit Services<br>PO Box 183195<br>Columbus, OH 43218-3195 |
| Bridgecrest<br>7300 E Hampton Ave<br>Mesa, AZ 85209-3324 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Cb Of The Hudson Valle<br>155 N Plank Rd<br>Newburgh, NY 12550-1748 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Credit Coll<br>Po Box 607<br>Norwood, MA 02062-0607 |
| Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Dpt Ed/navi<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Fay Servicing, LLC<br>c/o Wanda D. Murray<br>3575 Piedmont Road, N.E., Suite 500<br>Atlanta, GA 30305-1623 | Fayfinancial<br>939 W North Ave Ste 680<br>Chicago, IL 60642-1231 | First Niagara Bank NA<br>PO Box 886<br>Lockport, NY 14095-0886 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Five Star Bank<br>55 North Main Street<br>Warsaw, NY 14569-1325 | Navient Solutions, Inc.<br>Department of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 |
| New York Dept of Taxation<br>and Finance<br>PO Bx 61000<br>Albany, NY 12261-0001 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Sprint<br>PO Box 7993<br>Overland Park, KS 66207-0993 |
| Syncb/care Credit<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Syncb/old Navy<br>Po Box 965005<br>Orlando, FL 32896-5005 |

| | | |
|---|---|---|
| Syncb/walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>P.O. Box 108<br>St. Louis, MO 63166-0108 | Usalliance Federal Cr<br>159 Overland Rd.<br>Walthan, MA 02451-1703 |
| Verizon Wireless<br>Po Box 49<br>Lakeland, FL 33802-0049 | Wfds/wds<br>Po Box 1697<br>Winterville, NC 28590-1697 | Larry S. Hyman +<br>PO Box 18625<br>Tampa, FL 33679-8625 |
| United States Trustee - TPA7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Richard M Dauval, Attorney for Trustee +<br>LeavenLaw<br>3900 First Street North, Suite 100<br>St. Petersburg, FL 33703-6109 | Walter F Benenati +<br>Walter F Benenati, Credit Attorney PA<br>2702 E Robinson Street<br>Orlando, FL 32803-5800 |
| Thomas A Lash, Attorney for Trustee +<br>Lash, Wilcox & Grace PL<br>4950 W. Kennedy Blvd., Suite 320<br>Tampa, FL 33609-1830 | Ashley Prager Popowitz +<br>McCalla Raymer Liebert Pierce, LLC<br>110 SE 6 St # 2400<br>Fort Lauderdale, FL 33301-5056 | Wanda D Murray +<br>Aldridge Pite, LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Road, N.E., Suite 500<br>Atlanta, GA 30305-1636 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | Elan Financial Service<br>Po Box 790084<br>Saint Louis, MO 63179 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FAY SERVICING, LLC | (u)FV-I, Inc. in trust for Morgan Stanley | (u)USALLIANCE FEDERAL CREDIT UNION |
| (du)USAlliance Federal Credit Union | (u)Usalliance Federal Cr | End of Label Matrix<br>Mailable recipients   41<br>Bypassed recipients    5<br>Total                 46 |