## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**In re:**

| | |
|---|---|
| **CHRISTOPHER RODRIGUEZ** and **LATISHA E. RODRIGUEZ,** | **BANKRUPTCY CASE NO.: 8:16-bk-05464-RCT** |
| Debtors. | CHAPTER 7 |

_____/

### PROOF OF SERVICE OF ORDER GRANTING MOTION OF LARRY S. HYMAN, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF CHRISTOPHER RODRIGUEZ AND LATISHA E. RODRIGUEZ, FOR ORDER APPROVING COMPROMISE AND SETTLEMENT OF CONTROVERSY AS TO CHRISTOPHER RODRIGUEZ AND LATISHA E. RODRIGUEZ REGARDING GREAT AMERICAN INSURANCE COMPANY, ADVERSARY PROCEEDING 8:17-ap-00063-RCT

**I HEREBY CERTIFY** that on August 8, 2019, a true and correct copy of the attached *Order Granting Motion of Larry S. Hyman, as chapter 7 trustee of the estate of Christopher Rodriguez and Latisha E. Rodriguez, for Order Approving Compromise and Settlement of Controversy as to Christopher Rodriguez and Latisha E. Rodriguez Regarding Great American Insurance Company, Adversary Proceeding 8:17-ap-00063-RCT* (Doc. No. 33) was served to:

U.S. Trustee, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; Larry S. Hyman, PO Box 18625, Tampa, FL 33679; Walter F. Benenati, Esq., Walter F Benenati, Credit Attorney PA, 2702 E Robinson Street, Orlando, FL 32803, via CM/ECF email service.

Christopher Rodriguez and Latisha E. Rodriguez, 8949 Sheppard Drive, Lake Wales, FL 33859; Great American Insurance Company, an Ohio corporation, c/o Ruel William Smith, Esq., Hinshaw & Culbertson LLP, 100 S Ashley Dr Ste 500, Tampa, FL 33602, via US mail.

August 8, 2019

                                            Respectfully Submitted,

**LASH WILCOX & GRACE PL**
4950 W. Kennedy Blvd., Suite 320
Tampa, FL 33609
Phone: (813) 289.3200
Facsimile: (813) 289.3250
Counsel for Plaintiff


 /s/  Thomas A. Lash
**THOMAS A. LASH, ESQ.**
Florida Bar No. 849944
email: tlash@lashandwilcox.com
Attorney for Plaintiff