## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**In re:**

| | |
|---|---|
| **CHRISTOPHER RODRIGUEZ** and **LATISHA E. RODRIGUEZ,** | **BANKRUPTCY CASE NO.: 8:16-bk-05464-RCT** |
| Debtors. | CHAPTER 7 |
| _____/ | |

### PROOF OF SERVICE OF ORDER APPROVING FIRST INTERIM FEE APPLICATION OF THOMAS A. LASH AND LASH WILCOX & GRACE PL, SPECIAL COUNSEL FOR LARRY S. HYMAN, TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND REQUEST FOR IMMEDIATE DISBURSEMENT AND CURRENT PAYMENT FROM SETTLEMENT AS TO ADVERSARY PROCEEDING 8:17-ap-00063-RCT

**I HEREBY CERTIFY** that on August 13, 2019, a true and correct copy of the attached *Order Approving First Interim Fee Application, of Thomas A. Lash and Lash Wilcox & Grace PL, Special Counsel for Larry S. Hyman, Trustee, for Allowance of Compensation and Reimbursement of Expenses and Request for Immediate Disbursement and Current Payment from Settlement as to Adversary Proceeding 8:17-ap-00063-RCT* (Doc. No. 35) was served to:

U.S. Trustee, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; Larry S. Hyman, PO Box 18625, Tampa, FL 33679; Walter F. Benenati, Esq., Walter F Benenati, Credit Attorney PA, 2702 E Robinson Street, Orlando, FL 32803, via CM/ECF email service.

Christopher Rodriguez and Latisha E. Rodriguez, 8949 Sheppard Drive, Lake Wales, FL 33859; Great American Insurance Company, an Ohio corporation, c/o Ruel William Smith, Esq., Hinshaw & Culbertson LLP, 100 S Ashley Dr Ste 500, Tampa, FL 33602, via US mail.

August 13, 2019

                                          Respectfully Submitted,

**LASH WILCOX & GRACE PL**
4950 W. Kennedy Blvd., Suite 320
Tampa, FL 33609
Phone: (813) 289.3200
Facsimile: (813) 289.3250
Counsel for Plaintiff


 /s/ Thomas A. Lash
**THOMAS A. LASH, ESQ.**
Florida Bar No. 849944
email: tlash@lashandwilcox.com
Attorney for Plaintiff